**Motion GRANTED and Order filed February 24, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00079-CV

_____

## IN RE BUILDERS EQUIPMENT & TOOL COMPANY D/B/A BETCO AND MIRANDA ELISE FLORES, Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-64640**

## ORDER

On February 10, 2021, relators Builders Equipment & Tool Company d/b/a BETCO and Miranda Elise Flores, filed a petition for writ of mandamus in this court. Relators ask this court to order the Honorable Jeralyn Manor, Judge of the 80th District Court, in Harris County, Texas, to set aside her January 27, 2021 order granting real parties in interest's motion to quash deposition on written questions

and subpoena entered in trial court number 2019-64640, styled *Tammy Lanier, et al. v. Miranda Elise Flores, et al*.

Relators have also filed a motion for temporary stay of proceedings below. *See* Tex. R. App. P. 52.8(b), 52.10.  On February 10, 2021, relators ask this court to stay proceedings in the trial court pending a decision on the petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relators' request for relief requires further consideration and that relators will be prejudiced unless immediate temporary relief is granted.  We therefore **GRANT** relators' motion and issue the following order:

We **ORDER** discovery related to damages, including depositions of all damage experts, and the commencement of trial in trial court cause number 2019-64640, *Tammy Lanier, et al. v. Miranda Elise Flores, et al.*, **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

PER CURIAM

Panel Consists of Justices Jewell, Bourliot, and Hassan.